# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ronnie C Green <br> *Plaintiff* <br> v. <br> Robert P Bollinger <br> *Defendant* | ) ) ) ) ) Civil Action No. 4:10-cv-170-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: It is ORDERED that the petition in this case is dismissed without prejudice and without issuance and service of process upon Respondent. It is further ORDERED that a certificate of appealability is denied because Petitioner has failed to make "a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). IT IS SO ORDERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Henry M Herlong, Jr ~~on a motion for~~

The Court adopts Magistrate Judge's Report and Recommendations and incorportates it herein.

Date: 5/14/2010

*CLERK OF COURT*

s/Meredith Cotton

*Signature of Clerk or Deputy Clerk*